**No. 60385.**—Hoffer & Slone and H. W. Robinson & Co., Inc. *v.* United States, protest 238972–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of chalk-white stones similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiffs was sustained.

**No. 60386.**—Olivier Straw Goods Corp. *v.* United States, protests 300459–K, 300464–K, and 300465–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of fur hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiff was sustained.